| AO 10 Rev. 1/2017 | FINANCIAL DISCLOSURE REPORT FOR CALENDAR YEAR 2016 | Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111) |
|---|---|---|

| 1. Person Reporting (last name, first, middle initial) Shields, Anne Y. | 2. Court or Organization U.S. District Court for the Eastern District of New York | 3. Date of Report 06/09/2017 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) Full Time Magistrate Judge | 5a. Report Type (check appropriate type) ☐ Nomination Date ☐ Initial ☑ Annual ☐ Final 5b. ☐ Amended Report | 6. Reporting Period 01/01/2016 to 12/31/2016 |

**7. Chambers or Office Address**

United States Federal Courthouse
100 Federal Plaza
Central Islip, NY 11722

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ **NONE** *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ **NONE** *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Shields, Anne Y. | 06/09/2017 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2016 | CSC Holdings LLC - salary |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|
| 1. | | | | |
| 2. | | | | |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Shields, Anne Y. | 06/09/2017 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Shields, Anne Y. | 06/09/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. HSBC (various accounts) | B | Interest | M | T | | | | | |
| 2. Cablevision Cash Balance Pension Plan (cash account) | B | Interest | M | T | | | | | |
| 3. NY 529 #1 Conservative Option | C | Int./Div. | | | Sold | 03/01/16 | J | | |
| 4. NY 529 #2 Conservative Option | C | Int./Div. | J | T | Buy (add'l) | 03/01/16 | J | | |
| 5. | | | | | Sold (part) | 03/01/16 | J | | |
| 6. | | | | | Sold (part) | 11/29/16 | J | | |
| 7. Blackrock Global Alloc VI (X) | | None | M | T | | | | | |
| 8. IRA #1 (H) | | | | | | | | | |
| 9. Fidelity Cash Reserve (cash account) | A | Interest | J | T | | | | | |
| 10. Fidelity Asset Manager 50% (FASMX) | A | Dividend | K | T | | | | | |
| 11. Fidelity Contrafund (FCNTX) | A | Dividend | M | T | | | | | |
| 12. Fidelity Magellan Fund (FMAGX) | A | Dividend | L | T | | | | | |
| 13. Fidelity Puritan Fund (FPURX) | B | Dividend | L | T | | | | | |
| 14. Fidelity Growth & Income Fund (FGRIX) | B | Dividend | L | T | | | | | |
| 15. Fidelity Blue Chip Growth Fund (fBGRX) | A | Dividend | L | T | | | | | |
| 16. Fidelity Select Energy Fund (FSENX) | A | Dividend | J | T | | | | | |
| 17. AMC Networks Inc (AMCX) | | None | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Cablevision Sys Corp NY Group (CVC) | | None | | | Sold | 06/21/16 | J | | |
| 19. Lockheed Martin Corm (LMT) | A | Dividend | J | T | | | | | |
| 20. MSG Network Inc CL A (MSGN) (Y) | | | | | | | | | |
| 21. Madison Square Garden Co New CL A (MSG) | | None | J | T | | | | | |
| 22. Brokerage Acct #1 (H) | | | | | | | | | |
| 23. AXA Cash Account | A | Interest | J | T | | | | | |
| 24. Optimum Fixed Income Fund (OIFIX) | B | Int./Div. | K | T | | | | | |
| 25. Optimum Int'l Fund (OIIEX) | A | Int./Div. | J | T | | | | | |
| 26. Optimum Small-Mid Cap Growth Fund (OISGX) | | None | J | T | | | | | |
| 27. Optimum Small-Mid Cap Value Fund(OISVX) | A | Int./Div. | J | T | | | | | |
| 28. Optimum Large Cap Growth Fund (OILGX) | | None | K | T | | | | | |
| 29. Optimum Large Cap Value Fund (OILVX) | A | Int./Div. | K | T | | | | | |
| 30. IRA #2 (H) | | | | | | | | | |
| 31. AXA Cash Account | A | Interest | J | T | | | | | |
| 32. Optimum Fixed Income Fund (OIFIX) | A | Int./Div. | K | T | | | | | |
| 33. Optimum Int'l Fund (OIIEX) | A | Int./Div. | J | T | | | | | |
| 34. Optimum Small-Mid Cap Growth Fund (OISGX) | | None | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Shields, Anne Y. | 06/09/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Optimum Small-Mid Cap Value Fund(OISVX) | A | Int./Div. | J | T | | | | | |
| 36. Optimum Large Cap Growth Fund (OILGX) | | None | K | T | | | | | |
| 37. Optimum Large Cap Value Fund (OILVX) | A | Int./Div. | K | T | | | | | |
| 38. IRA #3 (H) | | | | | | | | | |
| 39. Vanguard Balanced Index Fund | A | Dividend | K | T | | | | | |
| 40. Vanguard STAR Fund | B | Dividend | K | T | | | | | |
| 41. 401(k) #1 (H) | | | | | | | | | |
| 42. Vanguard MD CP Idx IS PL Fund | A | Int./Div. | | | Sold (part) | 03/15/16 | J | | |
| 43. | | | | | Sold | 03/18/16 | L | | |
| 44. Vanguard Inst Index Plus Fund | A | Int./Div. | | | Sold | 03/18/16 | M | | |
| 45. FFTW Income Plus Fund (Y) | | | | | | | | | |
| 46. Sptn Int'l Index FAI Fund (Y) | | | | | | | | | |
| 47. Wells Fargo Stable Value E Fund (Y) | | | | | | | | | |
| 48. LS Core PL Fixed Inc | | None | | | Sold | 07/12/16 | K | | |
| 49. Vanguard Ext Mkt Index ISP Large Cap | B | Int./Div. | L | T | Buy | 03/18/16 | L | | |
| 50. | | | | | Sold (part) | 12/13/16 | K | | |
| 51. Vanguard S&P 500 Index | | None | M | T | Buy | 03/18/16 | M | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Shields, Anne Y. | 06/09/2017 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. Vanguard Total Bd Mkt ADM | A | Int./Div. | K | T | Buy | 03/15/16 | K | | |
| 53. | | | | | Buy (add'l) | 12/13/16 | K | | |
| 54. Vanguard Total Int'l Stock IP | B | Int./Div. | M | T | Buy | 03/18/16 | M | | |
| 55. | | | | | Buy (add'l) | 07/12/16 | K | | |
| 56. | | | | | Sold (part) | 12/13/16 | J | | |
| 57. Fidelity Int'l Index IPR (X) | | None | | | Sold | 03/18/16 | M | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Shields, Anne Y. | 06/09/2017 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Throughout this report, the names of managing brokerage companies were removed, except as required to properly identify assets, per pages 34-35 of the filing instructions. Additionally, IRA assets are now described as such only within their corresponding headers. This does not reflect a change in holdings.

Part VII, line 23: Name and symbol correction corresponding with line 32 of the 2015 report.
Part VII, line 24: Name and symbol correction corresponding with line 24 of the 2015 report.
Part VII, line 25: Name and symbol correction corresponding with line 25 of the 2015 report.
Part VII, line 26: Name and symbol correction corresponding with lines 22 and 23 of the 2015 report.
Part VII, line 27: Name and symbol correction corresponding with lines 26 and 27 of the 2015 report.
Part VII, line 28: Name and symbol correction corresponding with lines 30 and 31 of the 2015 report.
Part VII, line 29: Name and symbol correction corresponding with lines 28 and 29 of the 2015 report.

Part VII, line 31: Name and symbol correction corresponding with lines 40 and 41 of the 2015 report.
Part VII, line 32: Name and symbol correction corresponding with line 34 of the 2015 report.
Part VII, line 33: Name and symbol correction corresponding with line 35 of the 2015 report.
Part VII, line 34: Name and symbol correction corresponding with line 37 of the 2015 report.
Part VII, line 35: Name and symbol correction corresponding with line 36 of the 2015 report.
Part VII, line 36: Name and symbol correction corresponding with line 39 of the 2015 report.
Part VII, line 37: Name and symbol correction corresponding with line 38 of the 2015 report.

Part VII, lines 60-251 of the 2015 report: Not reportable for 2016 (Y).

| Name of Person Reporting | Date of Report |
|---|---|
| Shields, Anne Y. | 06/09/2017 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: s/ **Anne Y. Shields**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544